**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                                    Case No. 3:05-cr-313-J-32MCR

HERMAN P. WILLIAMS

---

**PROBATION REVOCATION**
**and**
**JUDGMENT AND COMMITMENT**

A Petition charging that defendant violated conditions of his Probation was filed on November 3, 2006 (Doc. #24).  A Final Revocation of Probation hearing was held in open court on December 11, 2006.  The defendant appeared with counsel, David Barksdale, Esquire.  Also present was the probation officer and the Assistant United States Attorney, Kate Kmiec.  At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of Probation. The Court, therefore, **FINDS** that the defendant has substantially and materially violated the terms and conditions of his Probation.  It is hereby,

**ORDERED AND ADJUDGED**:

The defendant shall continued placement in a halfway house and participate in substance abuse treatment until the term of his probation is completed.

**DONE AND ORDERED** at Jacksonville, Florida this 19th day of December, 2006.

_____
TIMOTHY J. CORRIGAN
United States District Judge

m.
Copies to:

Asst. U.S. Attorney (Kmiec)
Oliver D. Barksdale, Esquire
U.S. Probation (West)
U.S. Marshals
U.S. Bureau of Prisons